IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                      PLAINTIFF

vs.                                           CASE NO. **4:04CR147GH**

MELISSA STOVALL                                                                              DEFENDANT

## **ORDER**

On motion of the government, the Indictment against defendant Melissa Stovall is hereby dismissed.

IT IS SO ORDERED this 4th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE